PRICE v. INTERURBAN ST. R. CO. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Benjamin Price against the Interurban Street Railroad Company. No opinion. Motion denied, on payment of $10 costs.

PURDY, Respondent, v. FIRE INS. SALVAGE CORPS OF BROOKLYN, L. I., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Margaret Purdy, as administratrix, etc., of Thomas V. Purdy, deceased, against the Fire Insurance Salvage Corps of Brooklyn, Long Island. No opinion. Judgment and order unanimously affirmed, with costs.

PUTNAM et al., Respondents, v. NOUR, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by George L. Putnam and another against John Abdel Nour. C. E. LeBarbier, for appellant. E. D. Barlow, for respondents. No opinion. Judgment and order affirmed, with costs.

QUARTO, Appellant, v. NEWMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Aurelio Quarto against William Newman and another. T. J. O'Neill, for appellant. F. V. Johnson, for respondents. No opinion. Judgment affirmed, with costs.

RAYMOND, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Action by Harold E. Raymond against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

REDA, Respondent, v. ROHRICH et al., Appellants. (Supreme Court, Appellate Division, First Department. January 19, 1906.) Action by Santo Reda against Herman J. Rohrich and another. W. J. Carlin, for appellants. R. B. Knowles, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

REISTER, Respondent, v. NEW YORK & H. R. CO., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Martin Reister against the New York & Harlem Railroad Company and others. A. S. Lyman, for appellants. L. M. Berkeley, for respondent. No opinion. Judgment affirmed, with costs.

REMY v. INTERURBAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Julius Remy against the Interurban Street Railway Company. No opinion. Motion denied, with $10 costs.

RHEIN, Respondent, v. ROWE, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Lizzie E. Rhein against Basil W. Rowe. R. R. Rogers, for appellant. W. B. Wait, Jr., for respondent. No opinion. Judgment affirmed, with costs.

RHOADES, Appellant, v. ANDREWS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Samuel D. Rhoades against Edward L. Andrews and Thomas J. O'Neill. C. B. Pierce, for appellant. T. J. O'Neill, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

RICE, Respondent, v. TOWN OF ADAMS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Action by Harvey C. Rice against the town of Adams. No opinion. Judgment and order affirmed, with costs.

RICKETTS, Respondent, v. RAMSDELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 5, 1906.) Action by Mary J. Ricketts against Henry Powell Ramsdell and others, individually and as executors, etc. No opinion. Judgment and order affirmed, with costs.

ROBESON, Respondent, v. HERZOG, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Action by Harriet R. Robeson against George Herzog. No opinion. Motion denied, with $10 costs.

ROBINSON, Respondent, v. HOADLEY, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Joseph Robinson against Joseph H. Hoadley. No opinion. Order affirmed, with $10 costs and disbursements.

ROLLIN, Respondent, v. SIDNEY B. BOWMAN CYCLE CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by Jordan J. Rollin against the Sidney B. Bowman Cycle Company. R. T. Greene, for appellant. T. H. Lord, for respondent. No opinion. Judgment and order affirmed, with costs.

ROTHMAN, Appellant, v. GRANAT et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Henry Rothman against David Granat and the Empire State Surety Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re ROTHSCHILD. (Supreme Court, Appellate Division, First Department. January 22, 1906.) In the matter of David Rothschild. No opinion. Motion denied, with $10 costs.

ROURKE et al. v. ELK DRUG CO. et al. (Supreme Court, Appellate Division, Third Department. January 16, 1906.) Action by John H. Rourke and others against the Elk Drug Company and others. No opinion. Motion denied.

ROWE, Respondent, v. GERRY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Edward Rowe against Isabel H. Gerry and others. No opinion. Motion for reargu-